UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>      Plaintiff,<br>  v.<br><br>QUANTA COMPUTER, INC., a Taiwanese corporation,<br><br>      Defendant. | Civil Action No. 6:23-cv-00265-ADA<br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES**

Plaintiff ACQIS LLC and Defendant Quanta Computer, Inc. respectfully notify the Court that they have reached an agreement in principle to resolve all claims between them, and they respectfully ask the Court to stay all deadlines for forty-five (45) days to allow them to complete the settlement process and file dismissal papers. The parties respectfully ask the Court to set a deadline for a joint status report at the conclusion of the requested stay.

December 12, 2025             Respectfully Submitted,

| Attorneys for Plaintiffs | Attorneys for Defendant |
|---|---|
| By: */s/ Evan M. Rothstein* | By: */s/ Theodore J. Angelis* |
| David A. Caine (*pro hac vice*)<br>Philip W. Marsh (*pro hac vice*)<br>**Arnold & Porter Kaye Scholer LLP**<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306<br>Phone: (650) 319-4500<br>Fax: (650) 319-4700<br>Email: david.caine@arnoldporter.com<br>Email: Philip.marsh@arnoldporter.com | Theodore J. Angelis<br>Jade Li-Yu Chen (*pro hac vice*)<br>**K&L GATES LLP**<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Tel. (206) 623-7580<br>Fax (206) 623-7022<br>theo.angelis@klgates.com<br>jade.chen@klgates.com |

1

| | |
|---|---|
| Evan M. Rothstein (*pro hac vice*)<br>Patrick B. Hall<br>**Arnold & Porter Kaye Scholer LLP**<br>1144 Fifteenth Street, Suite 3100<br>Denver, CO 80202-2848<br>Phone: (303) 863-1000<br>Fax: (303) 863-2301<br>Email: evan.rothstein@arnoldporter.com<br>Email: patrick.hall@arnoldporter.com<br><br>Marc A. Cohn (*pro hac vice*)<br>William Louden (*pro hac vice*)<br>Thomas J. Carr (*pro hac vice*)<br>Michael Gershoni (*pro hac vice*)<br>Natalie Steiert (*pro hac vice*)<br>Ruifeng Pu (*pro hac vice*)<br>**Arnold & Porter Kaye Scholer LLP**<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Phone: (202) 942-5000<br>Fax: (202) 942-5999<br>Email: marc.cohn@arnoldporter.com<br>Email: william.louden@arnoldporter.com<br>Email: thomas.carr@arnoldporter.com<br>Email: natalie.steiert@arnoldporter.com<br>Email: ruifeng.pu@arnoldporter.com<br><br>Estayvaine Bragg II (*pro hac vice*)<br>**Arnold & Porter Kaye Scholer LLP**<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Phone: (415) 471-3100<br>Fax: (415) 471-3400<br>Email: Estayvaine.bragg@arnoldporter.com<br><br>Aishwarya Totad (*pro hac vice*)<br>**Arnold & Porter Kaye Scholer LLP**<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602-4321<br>Phone: (312) 583-2300<br>Fax: (312) 583-2360<br>Email: aishwarya.totad@arnoldporter.com<br><br>Deron Dacus<br>**The Dacus Firm** | Erik Halverson<br>**K&L GATES LLP**<br>Four Embarcadero, Suite 1200<br>San Francisco, CA 94111<br>Tel. (415) 885-8238<br>erik.halverson@klgates.com<br><br>Christopher Centurelli (*pro hac vice*)<br>Maggie Cooney (*pro hac vice*)<br>**K&L Gates LLP**<br>One Congress Street, Suite 2900<br>Boston MA 02114<br>Tel. (617) 261-3100<br>Fax (617) 261-3175<br>Chris.centurelli@klgates.com<br>Maggie.cooney@klgates.com<br><br>Matthew Blair<br>**K&L Gates LLP**<br>2801 Via Fortuna, Suite 650<br>Austin, TX 78746<br>Tel. (512) 482-6851<br>Fax (512) 482-6859<br>Matthew.Blair@klgates.com<br><br>Dave Deaconson<br>Texas Bar No. 05673400<br>**PAKIS, GIOTES, PAGE & PURLESON, P.C.**<br>P.O. Box 58<br>Waco, TX 76703<br>Tel. (254) 297-7300<br>deaconson@pakislaw.com<br><br>**ATTORNEYS FOR DEFENDANT QUANTA COMPUTER, INC.** |

| | |
|---|---|
| 821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Phone: (903) 705-7233<br>Email: ddacus@dacusfirm.com<br><br>Claire Abernathy Henry<br>Andrea L. Fair<br>Garrett C. Parish<br>**Miller, Fair & Henry, PLLC**<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Phone: 903-757-6400<br>Email: claire@millerfairhenry.com<br>Email: andrea@millerfairhenry.com<br>Email: garrett@millerfairhenry.com<br><br><br>**ATTORNEYS FOR PLAINTIFF ACQIS LLC** | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                */s/ Theodore J. Angelis*
                                                Theodore J. Angelis