# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

ACQIS LLC,
a Texas limited liability company,

       Plaintiff,

       v.

QUANTA COMPUTER, INC.,
a Taiwanese corporation,

       Defendant.

Civil Action No. 6:23-cv-00265-ADA

JURY TRIAL DEMANDED

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

This matter comes before the Court on the Parties' Joint Motion to Stay All Deadlines. Based on the parties' agreement in principle to settle the case, the Court concludes that the motion should be **GRANTED**.

All deadlines in the operative procedural schedule are **STAYED**. If the parties have not filed dismissal papers forty-five (45) days after entry of this order, the parties shall submit a joint status report addressing the status of their efforts to finalize settlement and to dismiss this case.

SIGNED this ___ day of _____, 2025

_____
ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE

1